```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 03835
   ALONIA MUHAMMAD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1422


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/02/2004 and was confirmed 03/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            3750.00          890.35       3750.00
AMERICREDIT FINANCIAL SV  UNSECURED          4397.74             .00        439.77
CITY OF CHICAGO WATER DE  SECURED                .00             .00           .00
WASHINGTON MUTUAL         CURRENT MORTG         .00             .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE    14387.83             .00      14387.83
WELLS FARGO AUTO FINANCE  SECURED           18000.00         7307.16      18000.00
WELLS FARGO AUTO FINANCE  UNSECURED          4133.44             .00        413.34
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED            .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY           .00             .00           .00
CAPITAL ONE BANK          UNSECURED          716.74             .00         71.67
CAPITAL ONE BANK          UNSECURED         1341.36             .00        134.14
FIRST CONSUMERS NATL BAN  UNSECURED        NOT FILED            .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         2642.90             .00        264.29
ROBERT J ADAMS & ASSOC    ATTORNEY          2861.00             .00       2861.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        975.00                         975.00
TOM VAUGHN                TRUSTEE                                          2,911.60
DEBTOR REFUND             REFUND                                              18.85

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   52,425.00

PRIORITY                                              .00
SECURED                                         36,137.83
    INTEREST                                     8,197.51
UNSECURED                                        1,323.21
ADMINISTRATIVE                                   3,836.00
TRUSTEE COMPENSATION                             2,911.60
DEBTOR REFUND                                       18.85
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 03835 ALONIA MUHAMMAD
```

```
TOTALS                                    52,425.00              52,425.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/21/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```